| | |
|---|---|
| 1 | PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713) |
| 2 | JESHAWNA R. HARRELL, ESQ. (STATE BAR NO. 257773)<br>PRICE AND ASSOCIATES |
| 3 | A Professional Law Corporation<br>1611 Telegraph Avenue, Suite 1450 |
| 4 | Oakland, CA 94612<br>Telephone: (510) 452-0292 |
| 5 | Facsimile: (510) 452-5625<br>E-mail: pypesq@aol.com |
| 6 | FANIA E. DAVIS, ESQ. (STATE BAR NO. 87268) |
| 7 | 4100 Redwood Road, #371<br>Oakland, CA 94109 |
| 8 | Telephone: (510) 451-0142<br>Facsimile: (510) 452-5056 |
| 9 | DARRYL PARKER, ESQ. (STATE BAR NO. 95914) |
| 10 | PREMIER LAW GROUP<br>3131 Elliott Avenue, Suite 710 |
| 11 | Seattle, WA 98121<br>Telephone: (206) 285-1743 |
| 12 | Facsimile: (206) 599-6316 |
| 13 | Attorneys for Plaintiff<br>FREDDIE DAVIS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDDIE M. DAVIS | ) | No. C09-02629 SI |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE CASE**<br>**MANAGEMENT CONFERENCE** |
| PRISON HEALTH SERVICES, INC.;<br>SHERIFF'S DEPARTMENT, COUNTY OF<br>ALAMEDA; LEONORE GILBERT, In Her<br>Individual And Official Capacities; LINDA<br>HENSON, In Her Individual And Official<br>Capacities; BILL WILSON, In His Individual<br>And Official Capacities; JAMES E. AYALA, In<br>His Individual And Official Capacities;<br>DARRYL GRIFFITH, In His Individual And<br>Official Capacities And DOES 1 through 10,<br>inclusive, | ) | |
| Defendants. | ) | |

-1-

1  The parties to the above-entitled action hereby stipulate to continue the Case
2  Management Conference from Friday, January 15, 2010 at 2:30 p.m. to March 16, 2010, because of
3  scheduling conflicts for Ms. Davis' counsel. All counsel agree that there have been no changes in the
4  status of the case since the last Case Management Conference and that all parties are proceeding with
5  discovery.

6  Dated: January 7, 2010                                PRICE AND ASSOCIATES

      /s/ *Jeshawna R. Harrell*
8     JESHAWNA R. HARRELL, Attorneys for
      Plaintiff FREDDIE M. DAVIS

11 Dated: January 7, 2010                                LITTLER MENDELSON

      /s/ *Neda N. Dal Cielo*
13    NEDA N. DAL CIELO
      SUZANNE R. NESTOR
14    Attorneys for Defendants
      PRISON HEALTH SERVICES, BILL WILSON,
15    LENORE GILBERT and LINDA HENSON
      Plaintiff FREDDIE M. DAVIS

17 Dated: January 7, 2010                                ANDRADA & ASSOCIATES

      /s/ *Lynne G. Stocker*
19    J. RANDALL ANDRADA
      LYNNE G. STOCKER
20    Attorneys for Defendants
      COUNTY OF ALAMEDA, JAMES E. AYALA,
      and SERGEANT DARRYL GRIFFITH

1
2
**ORDER**

3
**PURSUANT TO THE STIPULATION OF THE PARTIES** that the Case

4
Management Conference scheduled for January 15, 2010 shall be continued to March ~~15,~~ 19 2010,

5
**IT IS SO ORDERED**.

6
7
Dated: _____          _____
                                       HON. SUSAN ILLSTON
8                                      U.S. DISTRICT COURT