1   PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
    JESHAWNA R. HARRELL, ESQ. (STATE BAR NO. 257773)
2   PRICE AND ASSOCIATES
    A Professional Law Corporation
3   1611 Telegraph Avenue, Suite 1450
    Oakland, CA 94612
4   Telephone: (510) 452-0292
    Facsimile:  (510) 452-5625
5   E-mail: pypesq@aol.com

6   FANIA E. DAVIS, ESQ. (STATE BAR NO. 87268)
    4100 Redwood Road, #371
7   Oakland, CA 94109
    Telephone: (510) 451-0142
8   Facsimile:  (510) 452-5056

9   DARRYL PARKER, ESQ. (STATE BAR NO. 95914)
    PREMIER LAW GROUP
10  3131 Elliott Avenue, Suite 710
    Seattle, WA 98121
11  Telephone: (206) 285-1743
    Facsimile:  (206) 599-6316
12

    Attorneys for Plaintiff
13  FREDDIE DAVIS

14

15                  UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17

18  FREDDIE M. DAVIS                    )   No. C09-02629 SI
                                        )
19          Plaintiff,                  )
                                        )
20  v.                                  )   **STIPULATION AND [PROPOSED]**
                                        )   **ORDER TO CONTINUE CASE**
21  PRISON HEALTH SERVICES, INC.;       )   **MANAGEMENT CONFERENCE**
    SHERIFF'S DEPARTMENT, COUNTY OF     )
22  ALAMEDA; LEONORE GILBERT, In Her    )
    Individual And Official Capacities; LINDA )
23  HENSON, In Her Individual And Official )
    Capacities; BILL WILSON, In His Individual )
24  And Official Capacities; JAMES E. AYALA, In )
    His Individual And Official Capacities;  )
25  DARRYL GRIFFITH, In His Individual And )
    Official Capacities And DOES 1 through 10, )
26  inclusive,                          )
                                        )
27          Defendants.                 )
    _____)
28

                                -1-

1    The parties to the above-entitled action hereby stipulate to continue the Case

2  Management Conference from Friday, January 15, 2010 at 2:30 p.m. to March 16, 2010, because of

3  scheduling conflicts for Ms. Davis' counsel.  All counsel agree that there have been no changes in the

4  status of the case since the last Case Management Conference and that all parties are proceeding with

5  discovery.

6  Dated: January 7, 2010                    PRICE AND ASSOCIATES

7

8                                                    _/s/ Jeshawna R. Harrell_____
   JESHAWNA R. HARRELL, Attorneys for
9  Plaintiff FREDDIE M. DAVIS

10

11 Dated: January 7, 2010                    LITTLER MENDELSON

12                                                   _/s/ Neda N. Dal Cielo_____
   NEDA N. DAL CIELO
13 SUZANNE R. NESTOR
   Attorneys for Defendants
14 PRISON HEALTH SERVICES, BILL WILSON,
   LENORE GILBERT and LINDA HENSON
15 Plaintiff FREDDIE M. DAVIS

16

17 Dated: January 7, 2010                    ANDRADA & ASSOCIATES

18                                                   _/s/ Lynne G. Stocker_____
   J. RANDALL ANDRADA
19 LYNNE G. STOCKER
   Attorneys for Defendants
20 COUNTY OF ALAMEDA, JAMES E. AYALA,
   and SERGEANT DARRYL GRIFFITH
21

22

23

24

25

26

27

28

-2-

1

2    <u>**ORDER**</u>

3    **PURSUANT TO THE STIPULATION OF THE PARTIES** that the Case

4    Management Conference scheduled for January 15, 2010 shall be continued to March ~~16,~~ 2010,

19

5    **IT IS SO ORDERED**.

6

7    Dated: _____

_____

8    HON. SUSAN ILLSTON
     U.S. DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1169P207JRH    STIPULATION AND ORDER (C09-02629 SI)