1   NEDA N. DAL CIELO, Bar No. 161982
    SUZANNE R. NESTOR, Bar No. 217984
2   ERICA H. KELLEY, Bar No. 221702
    LITTLER MENDELSON
3   A Professional Corporation
    50 W. San Fernando, 15th Floor
4   San Jose, CA 95113.2303
    Telephone:   408.998.4150
5   Facsimile:   408.288.5686
    ndalcielo@littler.com
6   snestor@littler.com
    ekelley@littler.com
7

8   Attorneys for Defendants
    PRISON HEALTH SERVICES, INC., BILL
9   WILSON, LENORE GILBERT AND LINDA
    HENSON
10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13
    FREDDIE M. DAVIS,                    Case No.  C09-02629 SI
14
                 Plaintiff,             **STIPULATION FOR PLAINTIFF TO
15                                      SUBMIT TO INDEPENDENT MENTAL
         v.                             EXAMINATION**
16
    PRISON HEALTH SERVICES, INC.;
17  SHERIFF'S DEPARTMENT, COUNTY
    OF ALAMEDA; LEONORE GILBERT, In
18  Her Individual And Official Capacities;
    LINDA HENSEN, In Her Individual And
19  Official Capacities; BILL WILSON, In His
    Individual And Official Capacities;
20  JAMES E. AYALA, In His Individual And
    Official Capacities; DARRYL GRIFFITH,
21  In His Individual And Official Capacities
    And DOES 1 through 10, inclusive,
22
                 Defendant.
23

24

25

26

27

28

CASE NO.  C09-02629 SI
FIRMWIDE:95787183.1 060561.1004

Pursuant to Federal Rule of Civil Procedure 35(a) the Parties, by and through their counsel of record, hereby agree and stipulate to the mental examination of Plaintiff, Freddie M. Davis, and request that this Court grant said stipulation, as set forth herein:

1. Plaintiff's Complaint alleges that Plaintiff suffered "severe emotional and mental distress, fear, terror, anxiety, humiliation, shame, embarrassment, and a loss of her sense of security, dignity and pride as an American citizen," and that she has suffered "stroke level high blood pressure, insomnia and other sleep disturbances, appetite disturbance, gastrointestinal distress, weight change, crying jags, loss of self-esteem, anhedonia, social withdrawal, extreme anxiety, and a sense of hopelessness and doom about her life." Plaintiff has also testified in her deposition that she suffered from an inability to work or participate in activities as she previously had done, and that her emotional distress and related issues as alleged in her Complaint are ongoing.

2. Plaintiff alleges that all of these alleged psychiatric damages are the result of Defendants' alleged conduct, and that she did not previously suffer from such ailments prior to the occurrence of Defendants' alleged conduct.

3. Plaintiff has placed her mental and emotional condition(s) in controversy, and good cause exists for the subject examination.

4. Plaintiff will submit to a mental examination to be conducted by Dr. Mark Steven Lipian, M.D., PhD. The mental examination will take place on a date mutually agreeable to the parties and based on the availability of Dr. Lipian. The examination will occur at the office of Dr. Lipian, located at 50 California Street, Suite 1500, San Francisco, California 94111. The mental examination will consist of an eight (8) hour session with Dr. Lipian, including reasonable breaks, including a lunch break of at least one hour will be provided. Dr. Lipian will not conduct standardized testing as part of his examination.

5. The Parties agree that, should Dr. Lipian's calendar availability, in conjunction with the availability of Plaintiff to sit for the examination, prohibit examination on or before the discovery cut off date in this matter, Plaintiff will appear for examination on a date thereafter notwithstanding the discovery cut-off but, in no event, will the examination occur later than December 1, 2010.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. C09-02629 SI                    2.
FIRMWIDE:95787183.1 060561.1004

1

2          5.      The curriculum vitae of Dr. Lipian is attached here to as Exhibit 1.

3

4    Dated: July 7, 2010

5

6                              SUZANNE R. NESTOR

7                              LITTLER MENDELSON
                                  A Professional Corporation

8                              Attorneys for Defendants PRISON HEALTH
                                  SERVICES, INC., BILL WILSON, LENORE
                                  GILBERT AND LINDA HENSON

9

10   Dated: July 6, 2010

11

12                             DARRYL PARKER

13                           PREMIER LAW GROUP
                             Attorneys for Plaintiff, FREDDIE M. DAVIS

14

15   Dated: July 6, 2010

16

17                             LYNNE G. STOCKER

18                             ANDRADA & ASSOCIATES
                             Attorneys for Defendants COUNTY OF
                             ALAMEDA; JAMES AYALA; AND
                             DARRYL GRIFFITH

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 16th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO.  C09-02629 SI
FIRMWIDE:95787183.1 060561.1004

3.

1   IT IS SO ORDERED.

2

3   DATED

                                          SUSAN ILLSTON
                                          UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

CASE NO.  C09-02629 SI
FIRMWIDE:95787183.1 060561.1004

4.

**EXHIBIT "1"**

**MARK STEVEN LIPIAN, M.D., PH.D.**
Clinical and Forensic Psychiatry

**Curriculum Vitae**

IDENTIFYING INFORMATION

Offices                           2029 Century Park East, Suite 2890
                                  Los Angeles, California  90067
                                  (310) 203-3919

                                  50 California Street, Suite 1500
                                  San Francisco, California  94111
                                  (415) 477-9330

                                  620 Newport Center Drive, Suite 1100
                                  Newport Beach, California  92660
                                  (949) 721-9977

Birthdate                         August 28, 1957

EDUCATION HISTORY

1975-1977        University of California, Berkeley
1977-1978        University of Stirling, Scotland
1978-1979        University of California, Berkeley
1979-1981        Yale University, School of Medicine
1981-1983        University of Oxford, Oxford, England; Department of
                     Experimental Psychology
1983-1985        Yale University Graduate School, Department of Psychology
1984-1986        Yale University, School of Medicine

DEGREES

                 A.B., University of California, Berkeley, with Greatest
                     Distinction, 1979.  Major:  Psychology.
                 M.S., Yale University, 1983.
                 M.Phil, Yale University, 1985.
                 Ph.D., Yale University, 1985.
                 M.D., Yale University School of Medicine, 1986.

Mark S. Lipian, M.D., Ph.D.
Curriculum Vitae
Page 2

## POSTDOCTORAL TRAINING

1986-1987          Post-Doctoral Research Fellow, University of California, Los
                   Angeles:  Development Studies Division, Graduate
                   School of Education.

## INTERNSHIP

1987-1988          Intern in Psychiatry, Harbor-U.C.L.A. Medical Center,
                   Department of Psychiatry.

## RESIDENCY

1988-1991          Resident in Psychiatry, University of California, Los Angeles
                   Neuropsychiatric Institute.
1990-1991          Chief Resident in Forensic Psychiatric, University of
                   California, Los Angeles, Neuropsychiatric Institute.
1990-1991          Fellow in Psychiatry and the Law, University of California
                   Los Angeles, Neuropsychiatric Institute.

## HONORS AND AWARDS

1979          A.B. with Greatest Distinction
1979          Phi Beta Kappa
1979          Certificate of Merit, U.C. Berkeley
1979          Certificate of Merit, Department of Psychology, U.C.
              Berkeley
1975-1979     Regent's Scholar, U.C. Berkeley
1980          Medical Scientist Training Program Award from the National
              Research Council to pursue the joint degrees of
              Doctor of Medicine and Doctor of Philosophy
1982          Bush Fellowship in Child Development, Yale University
1986          National Institute of Mental Health Post-Doctoral Research
              Fellowship in Child Development, University of
              California, Los Angeles
1989          Charter Medical Corporation Leadership Award in Child
              Psychiatry
1990          Rappeport Fellowship from the American Academy of
              Psychiatry and the Law
2007          Certificate of Physician Recognition, from the County of
              Orange, California

Mark S. Lipian, M.D., Ph.D.
Curriculum Vitae
Page 3


2009                    Distinguished Fellow Award from the American Psychiatric
                        Association


## LICENSURE AND CERTIFICATION

1981                    National Medical Boards Part I passed, Yale University
1985                    National Medical Boards Part II passed, Yale University
1988                    National Medical Boards Part III passed, University of
                        California, Los Angeles
1988                    California License, G064116
1993                    Diplomate, American Board of Psychiatry and Neurology
1998                    Subspecialty Certification in Forensic Psychiatry, American
                        Board of Psychiatry and Neurology
2010                    Washington D.C. License, MD038688


## APPOINTMENTS

1991-                   Assistant Clinical Professor, Department of Psychiatry and
                        Biobehavioral Sciences, U.C.L.A. School of Medicine.
1992-                   Chief of Psychiatry, Forensic Outpatient Services, County of
                        Orange Health Care Agency.
1993-                   Medical Director, Conditional Release Program of Orange
                        County.
1994-2005               Assistant Clinical Professor, Department of Psychiatry and
                        Human Behavior, University of California, Irvine.
1999-2002               Medical Director, The Imagination Workshop, Los Angeles.

2006-2007               Chair of Ad Hoc Committee, Department of Psychiatry and
                        Biobehavioral Sciences, U.C.L.A. The David Geffen
                        School of Medicine.


## PUBLICATIONS

1)      Harris, P.L. Guz, G.R., Lipian, M.S. and Man-Shu, Z.  Insight into
        the time-course of emotion among Western and Chinese children.
        Child Development, 56 (4):  972-988, 1985.

2)      Lipian, M.S. and Harris, P.L.  Thoughts about feelings:  The child's
        developing concept of emotion.  In A. Macfarlane (Ed.), Progress in
        Child Health (Vol.2).  London:  Churchill Livingstone, 1985.

Mark S. Lipian, M.D., Ph.D.
Curriculum Vitae
Page 4

3)      Lipian, M.S. Ill conceived feelings:  The child's developing concept
        of emotion.  Ann Arbor, MI:  University Microfilms International,
        1985.

4)      Harris, P.L. and Lipian, M.S.  Understanding emotion and
        experiencing emotion.  In P.L. Harris and C. Saarni (Eds.),
        Children's Understanding of Emotion.  New York:  Cambridge
        University Press, 1989.

5)      Mills, M.J. and Lipian, M.S.  Psychiatry and legal regulation:  Thirty
        years of beneficence or three decades of bedevilment?  In A.
        Kales, C.M. Pierce, and M. Greenblatt (Eds.), The Mosaic of
        Contemporary Psychiatry in Perspective.  New York:  Springer-
        Varlay, 1992.

6)      Mills, M.J. and Lipian, M.S.  Malingering.  In H.I. Kaplan and B.J.
        Sadock (Eds.), Comprehensive Textbook of Psychiatry, Sixth
        Edition.  Baltimore:  Williams and Wilkins, 1995.

7)      Lipian, M.S.  The somatization disorders.  In D.R. Price and P.R.
        Lees-Haley (Eds.), The Insurer's Handbook of Psychological Injury
        Claims.  Seattle:  Claims Books, 1995.

8)      Lipian, M.S. Fading reveries:  Repressed memory madness in the
        U.K.  Lancet, 351 (9117):  1673-1674, 1998.

9)      Lipian, M.S. and Mills, M.J.  Malingering.  In B.J. Sadock and V.A.
        Sadock (Eds.), Kaplan and Sadock's Comprehensive Textbook of
        Psychiatry, Seventh Edition.  Philadelphia: Lippincott Williams and
        Wilkins, 2000.

10)     Lipian, M.S.  Mental disorders commonly encountered in
        employment litigation.  In J.J. McDonald, Jr. and F.B Kulick (Eds.),
        Mental and Emotional Injuries in Employment Litigation, Second
        Edition.  Washington, D.C.:  The Bureau of National Affairs, Inc.,
        2001.

11)     Lipian, M.S.  Personality disorders in employment litigation.  In J.J.
        McDonald, Jr. and F.B. Kulick (Eds.), Mental and Emotional Injuries
        in Employment Litigation, Second Edition.  Washington, D.C.:  the
        Bureau of National Affairs, Inc., 2001.

Mark S. Lipian, M.D., Ph.D.
Curriculum Vitae
Page 5

12) Lipian, M.S., Mills, M.J. and Brantman, A.  Assessing the Verity of Children's Allegations of Abuse.  International Journal of Law and Psychiatry.  Pergamon Publishing, 27 (3):  249-263, 2004.

13) Mills, M.J. and Lipian, M.S.  Malingering.  In B.J. Sadock and V.A. Sadock (Eds.), Kaplan and Sadock's Comprehensive Textbooks of Psychiatry, Eighth Edition.  Philadelphia:  Lipponcott Williams and Wilkins, 2005.

## PRESENTATIONS

1) Lipian, M.S.  The development of musical understanding:  A Piagetian model.  Paper presented at the British Psychological Society Annual Meeting, Oxford, England, August 1981.

2) Lipian, M.S.  The development of children's concepts of emotion.  Presentation to the Department of Psychology, Yale University, November 1984.

3) Harris, P.L. and Lipian, M.S.  Distress and the loss of insight into emotion.  Paper presented at the International Conference of the Society for Research in Child Development, Toronto, Canada, April 25-28, 1985.

4) Lipian, M.S.  The development of children's concepts of emotion and empathy.  Presentation to the Developmental Studies Division, Graduate School of Education, University of California, Los Angeles, February 1987.

5) Lipian, M.S.  The psychopath label:  Diagnosis, condition, or cuss-word?  Paper presented at the 43rd Annual Meeting of the American Academy of Forensic Sciences, Anaheim, California, February 23, 1991.

6) Lipian, M.S.  Treatment of high-risk employees.  Presentation at Workplace Violence:  Myths, Facts, and Corporate Prevention, Newport Beach, California, December 18, 1993.

7) Lipian, M.S.  Forensic psychiatry and toxic torts.  Paper presented at the 46th Annual Meeting of the American Academy of Forensic Sciences, San Antonio, Texas, February 18, 1994.

Mark S. Lipian, M.D., Ph.D.
Curriculum Vitae
Page 6

8)     Lipian, M.S.  The insanity defense.  Presentation to residents in the
       Department of Psychiatry, Harbor – U.C.L.A. Medical Center,
       Torrance, California, March 11, 1994.

9)     Lipian, M.S.  The forensic psychiatric evaluation.  Presentation to
       residents in the Department of Psychiatry, U.C.L.A.
       Neuropsychiatric Institute, Los Angeles, California, April 12, 1994.

10)    Lipian, M.S.  Psychopathology and workplace violence.
       Presentation at Workplace Violence II, Newport Beach, California,
       April 28, 1994.

11)    Lipian, M.S.  Treatment of high-risk employees.  Presentation at
       Workplace Violence II, Newport Beach, California, April 29, 1994.

12)    Lipian, M.S.  Post-traumatic stress disorder and other stress related
       phenomena.  Keynote address to the Alliance for the Mentally Ill,
       Orange County Chapter Annual Seminar, Irvine, California, May 6,
       1994.

13)    Lipian, M.S.  Introduction to forensic psychiatry.  Course presented
       to residents in psychiatry at the University of California, Irvine, June
       9 and June 16, 1994.

14)    Lipian, M.S.  Psychological intervention.  Presentation at Violence
       in the Workplace:  Not Just a Security Problem, ASIS Orange
       County Chapter, El Toro, California, June 22, 1994.

15)    Lipian, M.S.  Forensic psychiatry:  Implications for the practicing
       clinician.  Course presented at Harbor/U.C.L.A. Medical Center,
       Torrance, California, July 25 and August 1, 1994.

16)    Lipian, M.S.  Warning signs of psychopathology in the workplace.
       Presentation at Workplace Violence Training Seminar for Threat
       Assessment Team of Temple-Inland, Inc., Dallas, Texas, August
       19, 1994.

17)    Lipian, M.S.  Workplace violence prevention through treatment of
       high-risk employees.  Presentation at Workplace Violence Training
       Seminar for Threat Assessment Team of Temple-Inland, Inc.,
       Dallas, Texas, August 19, 1994.

Mark S. Lipian, M.D., Ph.D.
Curriculum Vitae
Page 7

18)     Lipian, M.S.  Psychopathology and employee threats.  Presentation
        at CIA Threat Management Conference, McLean, Virginia, August
        22, 1994.

19)     Lipian, M.S.  Workplace violence-related trauma:  Preventing it, and
        dealing with it once it has occurred.  Presentation at Our Chaotic
        Society:  Traumatized People and How We Treat Them.
        Conference presented by the National Center for Post Traumatic
        Stress Disorder, Palo Alto, California, September 19, 1994.

20)     Lipian, M.S.  Assessing, managing, and minimizing potential for
        violence in psychiatrically impaired workers.  Workshop presented
        to Employee Assistance Managers of Pacific Bell, San Francisco,
        October 7, 1994.

21)     Lipian, M.S.  Successful psychiatric interventions in the workplace.
        Presentation to management personnel of Warner-Lambert,
        Hamilton Park, New Jersey, October 11, 1994.

22)     Lipian, M.S.  Warning signs of psychopathology in troubled
        employees.  Presentation to management personnel of Warner-
        Lambert, Hamilton Park, New Jersey, October 11, 1994.

23)     Lipian, M.S.  Detecting warning signs in the workplace.
        Presentation at Kraft General Foods Violence Prevention Training
        Program, Northbrook, Illinois, November 29, 1994.

24)     Lipian, M.S.  Effective interventions with high-risk employees.
        Presentation at Kraft General Foods Violence Prevention Training
        Program, Northbrook, Illinois, November 29, 1994.

25)     Lipian, M.S.  Identifying signs of psychotherapy in potentially
        dangerous employees.  Presentation at American Express
        Workplace Violence Training Seminar, New York, New York,
        January 26, 1995.

26)     Lipian, M.S.  Effecting successful psychiatric interventions with
        potentially dangerous employees.  Presentation at American
        Express Workplace Violence Training Seminar, New York, New
        York, January 26, 1995.

27)     Lipian, M.S.  Introduction to forensic psychiatry.  Course presented
        to residents in psychiatry at the University of California, Irvine,
        March 16 and March 23, 1995.

Mark S. Lipian, M.D., Ph.D.
Curriculum Vitae
Page 8

28)     Lipian, M.S.  Warning signs of psychopathology in the context of
        workplace violence.  Presentation at Workplace Violence III,
        Newport Beach, California, April 24, 1995.

29)     Lipian, M.S.  Effective interventions with troubling, potentially
        dangerous employees.  Presentation at Workplace Violence III,
        Newport Beach, California, April 25, 1995.

30)     Lipian, M.S.  An advanced overview of forensic psychiatry.  Course
        presented to residents in the Department of Psychiatry, U.C.L.A.
        Neuropsychiatric Institute, Los Angeles, California, May 4, 1995
        and May 11, 1995.

31)     Lipian, M.S.  Psychotropic medications and sexuality.  Presentation
        to the Orange County Mental Health Advisory Board, Santa Ana,
        California, October 12, 1995.

32)     Lipian, M.S.  Advanced forensic psychiatry.  Course presented to
        residents in psychiatry at Harbor/U.C.L.A Medical Center, Torrance,
        California, January 31, February 7, and March 13, 1996.

33)     Lipian, M.S.  P.T.S.D., Etc.  Course presented to residents in
        psychiatry at U.C.L.A. Neuropsychiatric Institute, Los Angeles,
        California, March 21, and March 28, 1996.

34)     Lipian, M.S.  Psychiatric malpractice; sexual harassment; toxic torts
        and closed head injuries.  Course presented to residents in
        psychiatry at the University of California, Irvine, April 11 and April
        25, 1996.

35)     Lipian, M.S.  Forensic psychiatric analysis and presentation.
        Lecture presented to residents in psychiatry at the UCLA
        Neuropsychiatric Institute, Los Angeles, California, May 23, 1996.

36)     Lipian, M.S.  Warning signs of violence by employees or former
        employees.  Presentation at the Minnesota State Bar Association
        Continuing Legal Education Seminar on Workplace Violence:  What
        Can Employers Do?  Minnesota CLE Conference Center,
        Minneapolis, Minnesota, August 7, 1996.

37)     Lipian, M.S.  Medical risk response options:  Treatment, civil
        commitment, employee assistance.  Presentation at the Minnesota
        State Bar Association Continuing Legal Education Seminar on

Mark S. Lipian, M.D., Ph.D.
Curriculum Vitae
Page 9

Workplace Violence:  What Can Employers Do?  Minnesota CLE Conference Center, Minneapolis, Minnesota, August 7, 1996.

38)  Lipian, M.S.  Current techniques in dynamic psychotherapy, cognitive-behavioral psychotherapy, cognitive–behavioral psychotherapy, and psychopharmacology.  Weekly tutorial offered to residents in psychiatry at the University of California, Irvine, California, 1994, 1995, 1996, and 1997.

39)  Lipian, M.S.  Contemporary civil and criminal forensic psychiatry.  Bi-weekly tutorial offered to fellows in forensic psychiatry at the University of California, Los Angeles, and senior residents in psychiatry at Harbor/U.C.L.A. Medical Center, Torrance, California, 1994, 1995, 1996, 1997, and 1998.

40)  Lipian, M.S.  Approaches to crisis prevention, management of troubled employees, and the prevention of workplace violence.  Management Seminar presented at MGM Studios, Santa Monica, California, November 8, 1996.

41)  Lipian, M.S.  The analysis of forensic cases.  Course presented to faculty and post-doctoral fellows of the U.C.L.A. Fellowship in Forensic Psychiatry, Los Angeles, California, November 25 and December 30, 1996.

42)  Lipian, M.S.  Analysis of forensic cases II.  Course presented to faculty and post-doctoral fellows of the U.C.L.A. Fellowship in Forensic Psychiatry, Los Angeles, California, February 24, 1997.

43)  Lipian, M.S.  Mental illness in the workplace:  Management rights and responsibilities.  Seminar co-taught with James J. McDonald, Jr., J.D., Los Angeles, California, April 3 and April 17, 1997.

44)  Lipian, M.S.  Analysis of forensic cases III.  Course presented to faculty and post-doctoral fellows of the U.C.L.A. Fellowship in Forensic Psychiatry, Los Angeles, California, May 12, 1997.

45)  Lipian, M.S.  Response options and strategies:  Managing workplace violence.  Management Seminar co-taught with Mike Garduno, Manager, Protective Services Division, Infortel Associates, at The Clorox Company, Inc., Oakland, California, May 14, 1997.

Mark S. Lipian, M.D., Ph.D.
Curriculum Vitae
Page 10

46)     Lipian, M.S.  Contemporary forensic psychiatry:  Ethics, concepts,
        methods, and scope.  Courses presented to residents in psychiatry
        at the University of California, Irvine, California, May 22, 1997.

47)     Lipian, M.S.  Detection and diffusion of risk in the workplace:
        Potentially troubled employees.  Presentation at the Minnesota
        State Bar Association Continuing Legal Education Seminar on
        Workplace Violence, Minneapolis, Minnesota, September 3, 1997.

48)     Lipian, M.S.  Detection and diffusion of risk in the workplace:  Risk
        response options.  Presentation at the Minnesota State Bar
        Association Continuing Legal Education Seminar on Workplace
        Violence, Minneapolis, Minnesota, September 3, 1997.

49)     Lipian, M.S.  Minimizing workplace outrage:  Detection and
        diffusion of potentially violent, litigious employees.  Presentation at
        the Commercial Law Affiliates 1997 Practice Section Conference,
        Minneapolis, Minnesota, September 12, 1997.

50)     Lipian, M.S.  Introduction to forensic psychiatry.  Course presented
        to residents in psychiatry at Harbor/U.C.L.A. Medical Center,
        Torrance, California, December 3, 1997.

51)     Lipian, M.S.  Introduction to trauma in psychiatry:  Posttraumatic
        stress disorder in contexts of head trauma and other physical injury;
        alleged workplace discrimination, harassment, and wrongful
        termination; and alleged medical (psychiatric) malpractice.  Course
        presented to residents in psychiatry at Harbor/U.C.L.A. Medical
        Center, Torrance, California, December 17, 1997.

52)     Lipian, M.S.  Managing the mentally ill employee.  Presentation at
        the Government Training Institute National Symposium on
        Psychiatric Disabilities Under the Americans with Disabilities Act,
        Washington, D.C., January 13, 1998, and San Francisco,
        California, January 23, 1998.

53)     Lipian, M.S.  Handling the personality disordered employee and the
        substance abuser under the ADA and the enforcement guidelines.
        Presentation at the Government Training Institute National
        Symposium on Psychiatric Disabilities Under the Americans with
        Disabilities Act, Washington, D.C., January 13, 1998, and San
        Francisco, California, January 23, 1998.

Mark S. Lipian, M.D., Ph.D.
Curriculum Vitae
Page 11

54)     Lipian, M.S. and Kulla, M.F.  Righteous rage in the workplace:
        Forensic psychiatric evaluation of harassment, discrimination, and
        wrongful termination cases.  Presentation at the American
        Academy of Forensic Sciences 50th Anniversary Meeting, San
        Francisco, California, February 12, 1998.

55)     Lipian, M.S.  Mental illness in the workplace:  New management
        rights and responsibilities.  Seminar co-taught with James J.
        McDonald, Jr., J.D., Los Angeles, California and San Francisco,
        California, March 19 and March 20, 1998.

56)     Lipian, M.S.  Overview of forensic psychiatry.  Course presented to
        residents in psychiatry at the University of California, Irvine, Long
        Beach, California, October 29, 1998.

57)     Lipian, M.S.  Poison love:  An experience in workplace violence.
        Presentation with James Barber, Esquire, at the Professional
        Liability Underwriting Society Conference, Palm Springs, California,
        November 12, 1998.

58)     Lipian, M.S.  Advanced concepts and methods in forensic
        psychiatry.  Course presented to senior residents in psychiatry at
        Harbor/U.C.L.A. Medical Center, Torrance, California, February 3
        and February 17, 1999.

59)     Lipian, M.S.  Unscrambling the eggs:  Forensic evaluation of
        psychological trauma in legal settings.  Presentation at Psychiatric
        Grand Rounds, Harbor/U.C.L.A. Medical Center, Torrance,
        California, March 15, 1999.

60)     Lipian, M.S.  Forensic psychiatry as a subspecialty.  Course
        presented to faculty and post-doctoral fellows of the U.C.L.A.
        Fellowship in Forensic Psychiatry, Los Angeles, California, June 1,
        1999.

61)     Lipian, M.S.  The Imagination Workshop:  Psychiatry, theatre, the
        ego and the id meet in the treatment of the forensic mental health
        populations.  Presentation at the XXIV International Congress on
        Law and Mental Health, University of Toronto, Toronto, Ontario,
        Canada, June 18, 1999.

62)     Lipian, M.S.  The psychiatric orphans:  Diagnoses misunderstood,
        misused, mismanaged, and maligned.  Part I:  Posttraumatic stress
        disorder.  Course presented to faculty, post-doctoral fellows, and

Mark S. Lipian, M.D., Ph.D.
Curriculum Vitae
Page 12

residents through the U.C.L.A. Fellowship in Forensic Psychiatry, Los Angeles, California, June 22, 1999.

63) Lipian, M.S.  The psychiatric orphans:  Diagnoses misunderstood, misused, mismanaged, and maligned.  Part II:  Closed head injury; somatoform disorders; and delusional disorders.  Course presented to faculty, post-doctoral fellows, and residents through the U.C.L.A. Fellowship in Forensic Psychiatry, Los Angeles, California, September 1, 1999.

64) Lipian, M.S.  The psychiatric orphans:  Diagnoses misunderstood, misused, mismanaged, and maligned.  Part III:  The personality disorders; factitious disorder; and malingering.  Course presented to faculty, post-doctoral fellows, and residents through the U.C.L.A. Fellowship in Forensic Psychiatry, Los Angeles, California, December 8, 1999.

65) Lipian, M.S.  Unmashing the potatoes:  Evaluations, examinations, and reports in psychiatric disability claims.  Presentation at American Conference Institute's Litigating Disability Insurance Claims Conference, San Diego, California, February 10, 2000.

66) Lipian, M.S.  Forensic psychiatric evaluation of trauma claims. Presentation at 11th Annual Conference of the American Association of Legal Nurse Consultants, St. Louis, Missouri, April 30, 2000.

67) Lipian, M.S.  Overview of forensic psychiatry.  Course presented to residents in psychiatry at the University of California, Irvine Medical Center, Orange, California, May 9, 2000.

68) Lipian, M.S.  Forensic psychiatry as a subspecialty.  Course presented to post-doctoral fellows of the U.C.L.A. Fellowship in Forensic Psychiatry, Los Angeles, California, May 10, 2000.

69) Lipian, M.S.  Interacting with the mentally ill for threat assessment. Presentation at meeting of the Northern California Chapter of the Association of Threat Assessment Professionals, San Jose, California, June 13, 2000.

70) Lipian, M.S.  Mental illness in the workplace:  Management rights and responsibilities in California.  Seminar co-taught with James J. McDonald, Jr., J.D., Woodland Hills, California, November 15, 2000.

Mark S. Lipian, M.D., Ph.D.
Curriculum Vitae
Page 13

71)     Lipian, M.S. Forensic psychiatry in the civil and criminal legal
        arena.  Course presented to post-doctoral fellows of the U.C.L.A
        Fellowship in Forensic Psychiatry, Los Angeles, California, January
        31, 2001.

72)     Lipian, M.S. Forensic psychiatry in the civil and criminal legal
        arena.  Course presented to residents in psychiatry at
        Harbor/U.C.L.A. Medical Center, Torrance, California, December
        13, 2000, January 3, January 17, and March 28, 2001.

73)     Lipian, M.S. Contortions, proportions, and distortions:  Forensic
        psychiatric evaluation of employment law claims.  Presentation at
        12th Annual Conference of the American Association of Legal Nurse
        Consultants, Broomfield, Colorado, April 22, 2001.

74)     Lipian, M.S. Advanced topics in civil and criminal forensic
        psychiatry.  Course presented to post-doctoral fellows of the
        U.C.L.A. Fellowship in Forensic Psychiatry, Los Angeles, California,
        May 23, 2001.

75)     Lipian, M.S. Untangling the web:  Evaluations, examinations, and
        reports in psychiatric disability claims.  Presentation at American
        Conference Institute's Litigating Disability Insurance Claims
        Conference, Boston, Massachusetts, June 14, 2001.

76)     Lipian, M.S.  States, traits, and baits:  An introduction to mental
        health issues in the workplace.  Training seminar co-taught with
        Jonathan Tal, President and CEO of Tal Global, for the Violence
        Prevention Team at ADOBE Systems, Inc., San Jose, California,
        August 30, September 14, and October 22, 2001.

77)     Lipian, M.S.  Navigating the workplace.  Seminar co-taught with
        Jeffrey Werthheimer, Esquire and Carol D. Carty, Esquire of Rutan
        & Tucker, LLP, for human resources and personnel management
        professionals, Costa Mesa, California, September 11, 2001.

78)     Lipian, M.S.  A forensic psychiatric look at evaluations,
        examinations, and reports in mental health disability claims.
        Presentation at American Conference Institute's Litigating Disability
        Insurance Claims Conference, San Diego, California, February 28,
        2002.

Mark S. Lipian, M.D., Ph.D.
Curriculum Vitae
Page 14

79) Lipian, M.S.  A forensic psychiatric look at posttraumatic stress disorder:  What it is, and what it isn't.  Presentation co-taught with Annie Brantman McCorkindale, R.N., M.S.N., P.M.H.N.P. at American Conference Institute's Litigating Disability Insurance Claims Conference, San Diego, California, February 28, 2002.

80) Lipian, M.S.  Advance topics in forensic psychiatry.  Course presented to post-doctoral fellows of the U.C.L.A. fellowship in Forensic Psychiatry, Los Angeles, California, August 14, 2002 and September 11, 2002.

81) Lipian, M.S.  How to work-up psychiatric claims in an employment law setting.  Presentation for attorneys in the CLE Seminar Series, Fisher and Phillips, LLP, Irvine, California, March 18, 2003.

82) Lipian, M.S. and Tal, J.  Steps to a safe, healthy workplace. Seminar presented to management personnel at Cable and Wireless Company, San Jose, California, April 18, 2003.

83) Lipian, M.S. Haunted Minds vs. Halloween Hijinks.  Beverly Hills Bar Association, Beverly Hills, California, October 30, 2003.

84) Lipian, M.S. Finding the Rays Through the Haze:  Evaluations, Examinations and Reports in Psychiatric Disability Claims. Presentation at the American Conference Institute's Managing and Litigating Depression Disability Insurance Claims, San Francisco, California, December 9, 2003.

85) Lipian, M.S. The Private Practice of Forensic Psychiatry.  A course offered to Fellows in the UCLA Post Doctoral Fellowship in Forensic Psychiatry, and to fourth year Residents in the UCLA Neuropsychiatric Institute Residency in Psychiatry.  Academic year 2003-04.

86) Lipian, M.S.  The Private Practice of Forensic Psychiatry.  A course offered to Fellows in the UCLA Post Doctoral Fellowship in Forensic Psychiatry, and to fourth year Residents in the UCLA Neuropsychiatric Institute Residency in Psychiatry.  Academic year 2004-05.

Mark S. Lipian, M.D., Ph.D.
Curriculum Vitae
Page 15

87)     Lipian, M.S.  The Private Practice of Forensic Psychiatry.  A course
        offered to Fellows in the UCLA Post Doctoral Fellowship in
        Forensic Psychiatry, and to fourth year Residents in the UCLA
        Neuropsychiatric Institute Residency in Psychiatry.  Academic year
        2005-06.

88)     Lipian, M.S.  The Private Practice of Forensic Psychiatry.  A course
        offered to Fellows in the UCLA Post Doctoral Fellowship in
        Forensic Psychiatry, and to fourth year Residents in the UCLA
        Neuropsychiatric Institute Residency in Psychiatry.  Academic year
        2006-07.

89)     Lipian, M.S.  Splitting the Signal from the Noise:  Evaluations,
        Examinations, and Reports in Mental Health Disability Claims.
        Presentation at the American Conference Institute's Litigating
        Disability Insurance Claims, Coral Gables, Florida, March 3, 2005.

90)     Lipian, M.S.  Objectifying the Opaque: PTSD as an Example of the
        Psychiatric Medicolegal Work-Up.  CLE Seminar presented at
        Gordon & Reese, San Francisco, California, August 4, 2005.

91)     Lipian, M.S.  Scary Crazy: Teasing Apart the Potentially Dangerous
        From the Merely Uncomfortable in Employees Showing New Signs
        of Mental Instability.  Presentation at the 15th Annual Threat
        Management Conference, Anaheim, California, August 25, 2005.

92)     Lipian, M.S.  CLE Seminar presented at Gordon & Reese, San
        Francisco, California, November 9, 2005.

93)     Lipian, M.S.  Rallying the Troops:  Fundraising and the Psychology
        of Persuasion.  Presentation at the 19th Volunteer Committees of
        Art Museums Conference, San Francisco, California, October 22,
        2006.

94)     Lipian, M.S. Detection and Management of the Troubled Employee:
        Introductory Seminar for Visa International, San Jose, California,
        May 25, 2007.

95)     Lipian, M.S.  Righteous Distortions: A Forensic Overview of
        Personality Disorders in the Workplace.  Presentation at Psychiatric
        Grand Rounds, Harbor/U.C.L.A. Medical Center, Torrance,
        California, December 11, 2007.

Mark S. Lipian, M.D., Ph.D.
Curriculum Vitae
Page 16

96)     Forensic Psychiatry Outside the Ivory Tower.  A course offered to
        Fellows in the U.C.L.A. Post Doctoral Fellowship in Forensic
        Psychiatry, and to fourth year Residents in the U.C.L.A.
        Neuropsychiatric Institute Residency in Psychiatry.  Academic year
        2007-2008.

97)     Noticing and Intervening with the At-Risk Employee.  Presentation
        as part of Tal Global Workplace Violence Management Response
        Team (M.R.T.) Training, San Francisco International Airport
        (S.F.O.), January 22, 2009.

98)     Lipian, M.S.  Dangerously Bothersome:  A Forensic Psychiatric
        Look at Personality Disorders in Workplace Settings.  Presentation
        at Psychiatric Grand Rounds, U.C.L.A. Healthcare Center, West
        Los Angeles Veteran's Administration Medical Center Campus, Los
        Angeles, California, May 7, 2009.


## PROFESSIONAL SOCIETIES (MEMBERSHIPS AND COMMITTEES)

1.      American Psychiatric Association
2.      American Academy of Forensic Sciences
3.      American Academy of Psychiatry and the Law
             a.      Rappeport Fellowship Committee, 1994-1998
4.      International Arts-Medicine Association
5.      Southern California Psychiatric Association