| | |
|---|---|
| 1 | PAMELA Y. PRICE (STATE BAR NO. 107713) |
|   | JESHAWNA R. HARRELL (STATE BAR NO. 257773) |
| 2 | PRICE AND ASSOCIATES |
|   | A Professional Law Corporation |
| 3 | 1611 Telegraph Avenue, Suite 1453 |
|   | Oakland, CA 94612 |
| 4 | Telephone: (510) 452-0292 |
|   | Facsimile:  (510) 452-5625 |
| 5 | E-mail:  pypesq@aol.com |
| 6 | FANIA E. DAVIS, ESQ. (STATE BAR NO. 87268) |
|   | 4100 Redwood Road, #371 |
| 7 | Oakland, CA 94109 |
|   | Telephone: (510) 414-8665 |
| 8 | |
|   | DARRYL PARKER, ESQ. (STATE BAR NO. 95914) |
| 9 | PREMIER LAW GROUP |
|   | 3131 Elliott Avenue, Suite 710 |
| 10 | Seattle, WA 98121 |
|   | Telephone: (206) 285-1743 |
| 11 | Facsimile:  (206) 599-6316 |
| 12 | Attorneys for Plaintiff |
|   | FREDDIE M. DAVIS |
| 13 | [Refer to signature page for the complete list of parties represented] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDDIE M. DAVIS, | ) | Case No. C09-02629 SI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| PRISON HEALTH SERVICES; | ) | **ORDER TO MODIFY CASE** |
| SHERIFF'S DEPARTMENT, COUNTY | ) | **MANAGEMENT ORDER** |
| OF ALAMEDA; LEONORE GILBERT, | ) | |
| In Her Individual And Official Capacities; | ) | **[FRCP 16(b)(4)]** |
| LINDA HENSON, In Her Individual And | ) | |
| Official Capacities; BILL WILSON, In His | ) | |
| Individual And Official Capacities; JAMES | ) | |
| E. AYALA, In His Individual And Official | ) | |
| Capacities; DARRYL GRIFFITH, In His | ) | |
| Individual And Official Capacities And | ) | |
| DOES 1 through 10 inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

1

**STIPULATION TO MODIFY CASE MANAGEMENT ORDER**

1	Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff Freddie M. Davis and
2	Defendants Prison Health Services, Sheriff's Department, County Of Alameda, Leonore Gilbert,
3	Linda Henson, Bill Wilson, James E. Ayala, and Darryl Griffith hereby stipulate as follows:

4	WHEREAS, the Court's Case Management Order has set the following schedule: Non-
5	Expert Discovery Cut-Off, August 6, 2010; Dispositive Motion Filing, August 20, 2010;
6	Dispositive Motion hearing, September 24, 2010 (Opposition Filing on September 3, 2010, and
7	Reply Filing on September 10, 2010); Initial Expert Disclosure October 15, 2010; Rebuttal Expert
8	Disclosures, November 5, 2010; Expert Discovery Cut-Off, November 30, 2010; Pre-Trial
9	Filings, December 31, 2010; Pre-Trial Conference, January 18, 2011; Trial, February 7, 2011; and

10	WHEREAS, the parties enter into this stipulation to modify the Case Management Order
11	for good cause shown; and

12	WHEREAS, since November 2009, Plaintiff has been meeting and conferring with the
13	National Labor Relations Board (NLRB) pursuant to applicable administrative procedures to
14	obtain key documents pertaining to unfair labor charge proceedings which Plaintiff believes shed
15	light on Defendants' alleged unlawful motives, and, on March 12, 2010, when the NLRB
16	persisted in invoking the official information privilege and refused to produce the documents,
17	Plaintiff served a subpoena upon the NLRB; and

18	WHEREAS, production of these documents has been further delayed in part because
19	Defendant Alameda County objects to the NLRB subpoena; and

20	WHEREAS, the parties need additional time to complete the meet and confer process on
21	the subpoena objection, and likely to move to compel discovery in connection with the subpoena
22	served upon NLRB as well; and

23	WHEREAS, though the parties have already exchanged a voluminous amount of
24	documents, totaling thousands of pages, including documents produced prior to removal during
25	the state proceedings, Plaintiff has in the last months further propounded one request for
26	production of documents to each of the five individual Defendants and one request to each of the
27	two entity Defendants and received timely responses thereto; and

1  WHEREAS, Defendant PHS has served further Special Interrogatories, to which Plaintiff,
2  has responded;

3  WHEREAS, the parties need additional time to complete a meet and confer process and
4  may need to request Court intervention to assist in resolution of any discovery disputes arising in
5  connection with the parties' recent discovery requests; and

6  WHEREAS, the parties are also in the process of meeting and conferring about dates to
7  complete the deposition of Plaintiff and to take depositions of Defendants and of a number of
8  defense and third-party witnesses; and

9  WHEREAS, the depositions cannot be completed prior to the current discovery cut-off of
10 August 6, 2010, in part because of the need to obtain NLRB documents and resolve any written
11 discovery disputes between the parties and in part because lead counsel for Plaintiff herein, Price
12 and Associates, has lost two staff attorneys within the last month and is presently involved in a
13 federal action, *Fobbs v. the City of Union City* C09-02723 PJH, in which the Court has ordered
14 the parties to complete 37 depositions by the end of July in connection with a class certification
15 motion; and

16 WHEREAS, the parties agree that they cannot complete further mediation until after they
17 complete additional discovery; and

18 WHEREAS, Fania E. Davis, associate counsel in the within matter will be traveling out of
19 the country and unavailable until late August and Darryl Parker, additional associate counsel
20 based in Seattle, Washington, will be unavailable as well; and

21 WHEREAS, until additional discovery is completed, neither Plaintiff nor Defendant are in
22 a position to file dispositive motions by the current due date of August 20, 2010; and

23 WHEREAS, the parties have not previously requested any modifications of the Case
24 Management Order by stipulation;

25 **NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE,** based
26 on the foregoing circumstances, to request that the Court establish the following modified
27 deadlines:

Discovery Cut-Off                    December 10, 2010

3
**STIPULATION TO MODIFY CASE MANAGEMENT ORDER**

| | | |
|---|---|---|
| 1 | Complete Further Mediation | December 22, 2010 |
| 2 | Dispositive Motion Filing | January 14, 2011 |
| 3 | Dispositive Motion Opposition Due | January 28, 2011 |
| 4 | Dispositive Motion Reply Due | February 4, 2011 |
| 5 | Dispositive Motion Hearing | February 18, 2011 |
| 6 | Expert Disclosures | February 28, 2011 |
| 7 | Rebuttal Expert Disclosures | March 11, 2011 |
| 8 | Expert Discovery Cut-Off | April 8, 2011 |
| 9 | File Pretrial Pleadings | April 18, 2011 |
| 10 | Final Pretrial Conference | May 3, 2011 |
| 11 | Trial | May 23, 2011 [31 handwritten above 23] |

Dated: _____  _____/s/_____
PAMELA Y. PRICE
PRICE AND ASSOCIATES
Attorneys for Plaintiff
FREDDIE M. DAVIS

Dated: _____  _____/s/_____
NEDA N. DAL CIELO
SUZANNE R. NESTOR
LITTLER MENDELSON
Attorneys for Defendants
PRISON HEALTH SERVICES, BILL WILSON
LENORE GILBERT and LINDA HENSON

Dated: _____  _____/s/_____
J. RANDALL ANDRADA
LYNNE G. STOCKER
ANDRADA & ASSOCIATES
Attorneys for Defendants
COUNTY OF ALAMEDA, JAMES E. AYALA,

IT IS SO ORDERED.

Dated: _____  _____
SUSAN ILLSTON
United States District Judge