IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE M. DAVIS, | No. C 09-2629 SI |
| Plaintiff, | **ORDER OF REFERRAL** |
| v. | |
| PRISON HEALTH SERVICES, *et al.*, | |
| Defendants. | |

The parties have submitted several discovery disputes to the Court for resolution.[1] The Court refers these and all future discovery disputes to a Magistrate Judge for determination in the first instance.

**IT IS SO ORDERED.**

Dated: January 13, 2011

SUSAN ILLSTON
United States District Judge

---

[1] The outstanding discovery disputes are found at Docket Nos. 46, 50 and 53.