IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE M. DAVIS, | No. C 09-02629 SI |
| Plaintiff, | **SECOND** |
| v. | **PRETRIAL PREPARATION ORDER** |
| PRISON HEALTH SERVICES, ET AL., | |
| Defendant. | |
| _____/ | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 9, 2011 at  3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is closed.

DESIGNATION OF EXPERTS: 7/15/11; REBUTTAL: 7/29/11.
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is   August 19, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by May 20, 2011;

        Opp. Due June 3, 2011;  Reply Due June 10, 2011;

         and set for hearing no later than June 24, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 27, 2011, 2011 at 3:30 PM.

JURY TRIAL DATE: October 11, 2011  at 8:30 AM.,
        Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate and complete the mediation session that is scheduled to occur on February 25, 2011.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

_____
SUSAN ILLSTON
United States District Judge