UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FREDDIE M. DAVIS,  )
                   )
     Plaintiff(s), )    No. C09-2629 SI (BZ)
                   )
     v.            )
                   )
                   )    **SCHEDULING ORDER**
PRISON HEALTH SERVICES, et )
al.,               )
                   )
     Defendant(s). )
_____)

**IT IS HEREBY ORDERED** that a telephone conference to discuss the outstanding discovery dispute is scheduled for **Wednesday, February 9, 2011, at 9:00 a.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: February 4, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\DAVIS V. PRISON HEALTH SVCS\DISC ORD 1.wpd

1