1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   JESHAWNA R. HARRELL, ESQ. (STATE BAR NO. 257773)
2  PRICE AND ASSOCIATES
   A Professional Law Corporation
3  901 Clay Street
   Oakland, CA 94607
4  Telephone: (510) 452-0292
   Facsimile:  (510) 452-5625
5  E-Mail: pamela.price@pypesq.com
   E-Mail: jharrell@pypesq.com
6
   FANIA E. DAVIS, ESQ. (STATE BAR NO. 87268)
7  4100 Redwood Road, Suite 371
   Oakland, CA 94109
8  Telephone: (510) 451-0142
   Facsimile:  (510) 452-5056
9  E-Mail: faniad@earthlink.net

10 DARRYL PARKER, ESQ. (STATE BAR NO. 95914)
   PREMIER LAW GROUP
11 3131 Elliott Avenue, Suite 710
   Seattle, WA 98121
12 Telephone: (206) 285-1743
   Facsimile:  (206) 599-6316
13 E-Mail: darryl@plg-pllc.com

14 Attorneys for Plaintiff
   FREDDIE DAVIS
15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18 FREDDIE M. DAVIS,                    )    NO. C09-02629 SI
                                        )
19          Plaintiff DAVIS,            )
                                        )
20 v.                                   )    **STIPULATED DISMISSAL WITH**
                                        )    **PREJUDICE AND [PROPOSED] ORDER**
21                                      )
   PRISON HEALTH SERVICES, INC.,        )
22 SHERIFF'S DEPARTMENT, COUNTY         )
   OF ALAMEDA, LENORE GILBERT, et       )
23 al.,                                 )
                                        )
24          Defendants.                 )
                                        )
25 ─────────────────────────────────────)

26

27          **IT IS HEREBY STIPULATED** by and between Plaintiff FREDDIE M. DAVIS and

28 Defendants PRISON HEALTH SERVICES, INC., BILL WILSON, LENORE GILBERT and

I169P262JRH

1  LINDA HENSON by and through their respective counsel of record, that the claims against

2  Defendants PRISON HEALTH SERVICES, INC., BILL WILSON, LENORE GILBERT and

3  LINDA HENSON only shall be dismissed with prejudice.

4  Dated: May 6, 2011                                    PRICE AND ASSOCIATES

5

6                                                        PAMELA Y. PRICE,
                                                         Attorneys for Plaintiff FREDDIE M. DAVIS
7

8  Dated: May 6, 2011                                    LITTLER MENDELSON

9

10                                                       SUZANNE R. NESTOR
                                                         Attorneys for Defendant
11                                                       PRISON HEALTH SERVICES, INC., BILL
                                                         WILSON, LENORE GILBERT and LINDA
12                                                       HENSON

13

14                                    ORDER

15          Pursuant to the foregoing stipulation of the parties it is hereby ordered that Plaintiff

16  Freddie Davis' claims against Defendants Prison Health Services, Bill Wilson, Lenore Gilbert and

17  Linda Henson only in this matter are dismissed with prejudice.

18

19          **IT IS SO ORDERED.**

20

21  Dated:____5/11/11_____            _____
                                           HON. SUSAN ILLSTON
22                                         UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

1169P262JRH
                                              -2-
                     STIPULATED DISMISSAL AND [PROPOSED ORDER] (C07-05531 SI)