1  PAMELA Y. PRICE (STATE BAR NO. 107713)
   JESHAWNA R. HARRELL (STATE BAR NO. 257773)
2  PRICE AND ASSOCIATES
   A Professional Law Corporation
3  1611 Telegraph Avenue, Suite 1453
   Oakland, CA 94612
4  Telephone: (510) 452-0292
   Facsimile:  (510) 452-5625
5  E-mail:  pypesq@aol.com

6  FANIA E. DAVIS, ESQ. (STATE BAR NO. 87268)
   4100 Redwood Road, #371
7  Oakland, CA 94109
   Telephone: (510) 414-8665
8
   DARRYL PARKER, ESQ. (STATE BAR NO. 95914)
9  PREMIER LAW GROUP
   3131 Elliott Avenue, Suite 710
10 Seattle, WA 98121
   Telephone: (206) 285-1743
11 Facsimile:  (206) 599-6316

12 Attorneys for Plaintiff
   FREDDIE M. DAVIS
13 [Refer to signature page for the complete list of parties represented]

14                  UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16

17 FREDDIE M. DAVIS,                    ) Case No. C09-02629 SI
                                        )
18         Plaintiff,                   ) **AMENDED STIPULATION AND
                                        ) [PROPOSED] ORDER TO MODIFY CASE
19    v.                                ) MANAGEMENT ORDER**
                                        )
20 PRISON HEALTH SERVICES; et al.,      ) **[FRCP 16(b)(4)]**
                                        )
21                                      )
                                        )
           Defendants.                  )
22                                      )

23

24         Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff Freddie M. Davis and

25 Defendants County of Alameda, James E. Ayala, and Darryl Griffith hereby stipulate as follows:

26         WHEREAS, Defendants' motion for summary judgment was originally set for hearing on

27 June 24, 2011;

28

                                             1
                **STIPULATION TO MODIFY CASE MANAGEMENT ORDER**

1   WHEREAS, the Court's Case Management Order sets the following schedule for expert
2   discovery: Expert Disclosures, July 15, 2011, Rebuttal Disclosures July 20, 2011, and Expert
3   Discovery Cut-off August 19, 2011;

4   WHEREAS, for good cause shown, the Court previously rescheduled the dispositive
5   motion briefing and hearing schedule to accommodate a new hearing date of July 15, 2011;

6   WHEREAS, based upon the preference of the parties to obtain the Court's ruling on the
7   dispositive motion prior to incurring the substantial expense of retaining and/or disclosing
8   experts, the previous Scheduling Order allowed three weeks from the date of the dispositive
9   motion hearing to make expert disclosures;

10  WHEREAS the parties continue to hold the view that it is more prudent and economical to
11  await the decision of the Court on the summary judgment motion before incurring the
12  considerable expense of retaining and/or disclosing experts; and

13  WHEREAS, the parties request that the Court similarly allow three weeks from the new
14  date of the dispositive motion hearing to begin the process of making expert disclosures, rebuttal
15  disclosures and expert discovery; and

16  WHEREAS, the parties have previously requested two modifications of the Case
17  Management Order by stipulation;

18  **NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE,** based
19  on the foregoing circumstances, to request that the Court establish the following modified
20  deadlines:

21  Expert Disclosures                August 5, 2011
22  Rebuttal Expert Disclosures       August 19, 2011
23  Expert Discovery Cut-Off          September 9, 2011

24
25
26  Dated: July 11, 2011              _____/s/_____
                                      FANIA E. DAVIS
27                                    Attorney for Plaintiff
                                      FREDDIE M. DAVIS
28

Dated: July 11, 2011

/s/
LYNNE G. STOCKER
ANDRADA & ASSOCIATES
Attorneys for Defendants
COUNTY OF ALAMEDA, JAMES E. AYALA,
And DARRYL GRIFFITH

IT IS SO ORDERED.

Dated: 7/13/11

SUSAN ILLSTON
United States District Judge

**STIPULATION TO MODIFY CASE MANAGEMENT ORDER**