1  PAMELA Y. PRICE (STATE BAR NO. 107713)
   JESHAWNA R. HARRELL (STATE BAR NO. 257773)
2  PRICE AND ASSOCIATES
   A Professional Law Corporation
3  1611 Telegraph Avenue, Suite 1453
   Oakland, CA 94612
4  Telephone: (510) 452-0292
   Facsimile:  (510) 452-5625
5  E-mail:  pypesq@aol.com

6  FANIA E. DAVIS, ESQ. (STATE BAR NO. 87268)
   4100 Redwood Road, #371
7  Oakland, CA 94109
   Telephone: (510) 414-8665
8
   DARRYL PARKER, ESQ. (STATE BAR NO. 95914)
9  PREMIER LAW GROUP
   3131 Elliott Avenue, Suite 710
10 Seattle, WA 98121
   Telephone: (206) 285-1743
11 Facsimile:  (206) 599-6316

12 Attorneys for Plaintiff
   FREDDIE M. DAVIS
13 [Refer to signature page for the complete list of parties represented]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE M. DAVIS, | Case No. C09-02629 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT ORDER** |
| v. | |
| PRISON HEALTH SERVICES; et al., | **[FRCP 16(b)(4)]** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff Freddie M. Davis and Defendants County of Alameda, James E. Ayala, and Darryl Griffith hereby stipulate as follows:

WHEREAS, the Court's current Case Management Order sets the following schedule for expert discovery: Expert Disclosures, August 5, 2011, Rebuttal Disclosures August 19, 2011, and Expert Discovery Cut-off September 9, 2011; and

WHEREAS, Plaintiff Freddie Davis' mother, a resident of Birmingham, Alabama, is gravely ill in hospice; and

WHEREAS, the forensic psychologist retained by Plaintiff has had insufficient time with Ms. Davis to complete the requisite extensive psychological testing and interviewing because Ms. Davis has had to travel to Alabama to be at her mother's bedside during recent weeks; and

WHEREAS, based upon good cause shown, the parties request that the Court extend expert disclosure and discovery deadlines;

WHEREAS, the parties have previously requested three modifications of the Case Management Order by stipulation;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE,** based on the foregoing circumstances, to request that the Court establish the following modified deadlines:

| | |
|---|---|
| Expert Disclosures | August 15, 2011 |
| Rebuttal Expert Disclosures | August 29, 2011 |
| Expert Discovery Cut-Off | September 19, 2011 |

Dated: _____        _____/s/_____
FANIA E. DAVIS
Attorney for Plaintiff
FREDDIE M. DAVIS

Dated: _____        _____/s/_____
LYNNE G. STOCKER
ANDRADA & ASSOCIATES
Attorneys for Defendants
COUNTY OF ALAMEDA, JAMES E. AYALA,
And DARRYL GRIFFITH

IT IS SO ORDERED.

Dated: 8/11/11        _[signature: Susan Illston]_
SUSAN ILLSTON
United States District Judge