PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
901 Clay Street
Oakland, CA 94607
Telephone: (510) 452-0292
Facsimile:  (510) 452-5625
E-mail: pamela.price@pypesq.com

FANIA E. DAVIS, ESQ. (STATE BAR NO. 87268)
4100 Redwood Road, Suite 371
Oakland, CA 94109
Telephone: (510) 451-0142
Facsimile:  (510) 452-5056
E-mail:  faniad@earthlink.net

DARRYL PARKER, ESQ. (STATE BAR NO. 95914)
PREMIER LAW GROUP
3131 Elliott Avenue, Suite 710
Seattle, WA 98121
Telephone: (206) 285-1743
Facsimile:  (206) 599-6316
E-mail:  dparker@plg-pllc.com

Attorneys for Plaintiff
FREDDIE M. DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE M. DAVIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PRISON HEALTH SERVICES, INC.; SHERIFF'S DEPARTMENT, COUNTY OF ALAMEDA; LEONORE GILBERT, In Her Individual And Official Capacities; LINDA HENSON, In Her Individual And Official Capacities; BILL WILSON, In His Individual And Official Capacities; JAMES E. AYALA, In His Individual And Official Capacities; DARRYL GRIFFITH, In His Individual And Official Capacities And DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | NO. C09-02629 SI<br><br>**[PROPOSED] ORDER PERMITTING PLAINTIFF TO USE CERTAIN EQUIPMENT DURING JURY TRIAL AND TO BRING SUCH EQUIPMENT INTO COURTHOUSE**<br><br>DATE:　NOVEMBER 28, 2011<br>TIME:　8:30 A.M.<br>CTRM:　10, 19TH FLOOR<br><br>HON. SUSAN ILLSTON |

-1-
[PROPOSED] ORDER FOR EQUIPMENT (C09-2629 SI)

Being that a jury trial is scheduled to begin in the above-entitled matter on November 28, 2011, and being that a request has been made by Plaintiff FREDDIE M. DAVIS to allow the use of a projector, a table for projection purposes, a projection screen, a printer, an easel, a set of laptop speakers and three laptops during said jury trial,

**IT IS HEREBY ORDERED** that the request to use said equipment during the jury trial is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the Court hereby allows that said equipment may be brought into the courthouse for the jury trial, scheduled to begin on November 28, 2011.

DATED: ___11/28/11_____

_____
HON. SUSAN ILLSTON
U.S. DISTRICT COURT