| | |
|---|---|
| 1 | PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713) |
| | PRICE AND ASSOCIATES |
| 2 | A Professional Law Corporation |
| | 901 Clay Street |
| 3 | Oakland, CA 94607 |
| | Telephone: (510) 452-0292 |
| 4 | Facsimile:  (510) 452-5625 |
| | E-mail: pamela.price@pypesq.com |
| 5 | |
| | FANIA E. DAVIS, ESQ. (STATE BAR NO. 87268) |
| 6 | 4100 Redwood Road, Suite 371 |
| | Oakland, CA 94109 |
| 7 | Telephone: (510) 451-0142 |
| | Facsimile:  (510) 452-5056 |
| 8 | E-mail:  faniad@earthlink.net |
| 9 | DARRYL PARKER, ESQ. (STATE BAR NO. 95914) |
| | PREMIER LAW GROUP |
| 10 | 3131 Elliott Avenue, Suite 710 |
| | Seattle, WA 98121 |
| 11 | Telephone: (206) 285-1743 |
| | Facsimile:  (206) 599-6316 |
| 12 | E-mail:  dparker@plg-pllc.com |
| 13 | Attorneys for Plaintiff |
| | FREDDIE M. DAVIS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDDIE M. DAVIS, | ) | NO. C09-02629 SI |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER PERMITTING |
| | ) | PLAINTIFF TO USE CERTAIN |
| v. | ) | EQUIPMENT DURING JURY TRIAL AND |
| | ) | TO BRING SUCH EQUIPMENT INTO |
| PRISON HEALTH SERVICES, INC.; | ) | COURTHOUSE |
| SHERIFF'S DEPARTMENT, COUNTY OF | ) | |
| ALAMEDA; LEONORE GILBERT, In Her | ) | DATE:    NOVEMBER 28, 2011 |
| Individual And Official Capacities; LINDA | ) | TIME:    8:30 A.M. |
| HENSON, In Her Individual And Official | ) | CTRM:    10, 19TH FLOOR |
| Capacities; BILL WILSON, In His Individual | ) | |
| And Official Capacities; JAMES E. AYALA, | ) | HON. SUSAN ILLSTON |
| In His Individual And Official Capacities; | ) | |
| DARRYL GRIFFITH, In His Individual And | ) | |
| Official Capacities And DOES 1 through 10, | ) | |
| inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

1169P201T-PYP

-1-
[PROPOSED] ORDER FOR EQUIPMENT (C09-2629 SI)

1    Being that a jury trial is scheduled to begin in the above-entitled matter on
2 November 28, 2011, and being that a request has been made by Plaintiff FREDDIE M. DAVIS to
3 allow the use of a projector, a table for projection purposes, a projection screen, a printer, an easel,
4 a set of laptop speakers and three laptops during said jury trial,

5    **IT IS HEREBY ORDERED** that the request to use said equipment during the jury
6 trial is hereby **GRANTED**; and

7    **IT IS FURTHER ORDERED** that the Court hereby allows that said equipment
8 may be brought into the courthouse for the jury trial, scheduled to begin on November 28, 2011.

DATED: ___11/28/11_____

_____
HON. SUSAN ILLSTON
U.S. DISTRICT COURT