PAMELA Y. PRICE (STATE BAR NO. 107713)
JESHAWNA R. HARRELL (STATE BAR NO. 257773)
PRICE AND ASSOCIATES
A Professional Law Corporation
1611 Telegraph Avenue, Suite 1453
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile:  (510) 452-5625
E-mail:  pypesq@aol.com

FANIA E. DAVIS, ESQ. (STATE BAR NO. 87268)
4100 Redwood Road, #371
Oakland, CA 94109
Telephone: (510) 414-8665

DARRYL PARKER, ESQ. (STATE BAR NO. 95914)
PREMIER LAW GROUP
3131 Elliott Avenue, Suite 710
Seattle, WA 98121
Telephone: (206) 285-1743
Facsimile:  (206) 599-6316

Attorneys for Plaintiff
FREDDIE M. DAVIS
[Refer to signature page for the complete list of parties represented]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE M. DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>PRISON HEALTH SERVICES; et al.,<br><br>    Defendants. | Case No. C09-02629 SI<br><br>**STIPULATION AND [P~~ROPOSED~~]**<br>**ORDER TO DISMISS RACE AND**<br>**GENDER-BASED CLAIMS** |

Plaintiff Freddie M. Davis and Defendants James E. Ayala, and Darryl Griffith hereby stipulate as follows:

WHEREAS, the current claims to be tried in the within matter are: (1) Race and gender-based harassment in contravention of 42 U.S.C. §1983; (2) Race and gender-based harassment in contravention of the aiding and abetting provisions of the California Fair Employment and

{00074331.DOC/}1

**STIPULATION AND PROPOSED ORDER TO DISMISS RACE AND GENDER-BASED CLAIMS**

Housing Act (FEHA); (3) First Amendment retaliation and conspiracy to violate Plaintiff's First Amendment rights in violation of 42 U.S.C. §1983; and (4) Conspiracy to violate Plaintiff's Fourteenth Amendment rights in contravention of 42 U.S.C. §1985.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE** to request that the Court dismiss all race and gender-based claims in the within lawsuit.

Dated: _____ /s/
FANIA E. DAVIS
Attorney for Plaintiff
FREDDIE M. DAVIS

Dated: _____ /s/
LYNNE G. STOCKER
ANDRADA & ASSOCIATES
Attorneys for Defendants
COUNTY OF ALAMEDA, JAMES E. AYALA,
And DARRYL GRIFFITH

IT IS SO ORDERED.

Dated: 11/28/11

SUSAN ILLSTON
United States District Judge

{00074331.DOC/}2

**STIPULATION AND PROPOSED ORDER TO DISMISS RACE AND GENDER-BASED CLAIMS**