PAMELA Y. PRICE (STATE BAR NO. 107713)
JESHAWNA R. HARRELL (STATE BAR NO. 257773)
PRICE AND ASSOCIATES
A Professional Law Corporation
1611 Telegraph Avenue, Suite 1453
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile:  (510) 452-5625
E-mail:  pypesq@aol.com

FANIA E. DAVIS, ESQ. (STATE BAR NO. 87268)
4100 Redwood Road, #371
Oakland, CA 94109
Telephone: (510) 414-8665

DARRYL PARKER, ESQ. (STATE BAR NO. 95914)
PREMIER LAW GROUP
3131 Elliott Avenue, Suite 710
Seattle, WA 98121
Telephone: (206) 285-1743
Facsimile:  (206) 599-6316

Attorneys for Plaintiff
FREDDIE M. DAVIS
[Refer to signature page for the complete list of parties represented]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE M. DAVIS, | Case No. C09-02629 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO DISMISS RACE AND GENDER-BASED CLAIMS** |
| v. | |
| PRISON HEALTH SERVICES; et al., | |
| Defendants. | |

Plaintiff Freddie M. Davis and Defendants James E. Ayala, and Darryl Griffith hereby stipulate as follows:

WHEREAS, the current claims to be tried in the within matter are: (1) Race and gender-based harassment in contravention of 42 U.S.C. §1983; (2) Race and gender-based harassment in contravention of the aiding and abetting provisions of the California Fair Employment and

1  Housing Act (FEHA); (3) First Amendment retaliation and conspiracy to violate Plaintiff's First
2  Amendment rights in violation of 42 U.S.C. §1983; and (4) Conspiracy to violate Plaintiff's
3  Fourteenth Amendment rights in contravention of 42 U.S.C. §1985.
4      **NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE** to
5  request that the Court dismiss all race and gender-based claims in the within lawsuit.

Dated: _____           _____/s/_____
                                       FANIA E. DAVIS
                                       Attorney for Plaintiff
                                       FREDDIE M. DAVIS

Dated: _____           _____/s/_____
                                       LYNNE G. STOCKER
                                       ANDRADA & ASSOCIATES
                                       Attorneys for Defendants
                                       COUNTY OF ALAMEDA, JAMES E. AYALA,
                                       And DARRYL GRIFFITH

IT IS SO ORDERED.

Dated:   11/28/11                      _____
                                       SUSAN ILLSTON
                                       United States District Judge

{00074331.DOC/}2
**STIPULATION AND PROPOSED ORDER TO DISMISS RACE AND GENDER-BASED CLAIMS**