IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREDDIE M. DAVIS,                              No. C 09-2629 SI

       Plaintiff,

  v.

JAMES E. AYALA and DARRYL GRIFFITH,

       Defendants.
                                    /

**SPECIAL VERDICT**

We the jury unanimously find as follows on the questions submitted to us:

**Part I.     Claims against Defendant James E. Ayala**

    **A.     Section 1983 Claim - Retaliation for Exercise of First Amendment Rights**

        1.     Did plaintiff Freddie Davis prove, by a preponderance of the evidence, that defendant James Ayala retaliated against plaintiff Davis for exercising her First Amendment rights?

    _____     _____
    Yes             No

If your answer to this question is "Yes," then please answer the next question. If your answer to this question is "No," go directly to Question I-B(1).

        2.     Did defendant Ayala prove, by a preponderance of the evidence, that he would have taken the same actions against plaintiff Davis even in the absence of the protected conduct?

    _____     _____
    Yes             No

If your answer to this question is "Yes," go directly to Question I-B(1). If your answer to this question is "No," then please answer the next question.

        3.     Did plaintiff Davis prove, by a preponderance of the evidence, that she was harmed as a result of defendant Ayala's actions?

    _____     _____
    Yes             No

Please answer the next question.

    **B.     Conspiracy Claim - Conspiracy with PHS Management to Retaliate against Plaintiff**

        1.     Did plaintiff Davis prove, by a preponderance of the evidence, that a conspiracy existed between defendant Ayala and one or more PHS employees?

    _____     _____
    Yes             No

If your answer to this question is "Yes," then please answer the next question. If your answer to this question is "No," go directly to Question II-A(1).

2. Did plaintiff Davis prove, by a preponderance of the evidence, that the purpose of the conspiracy between defendant Ayala and PHS was to retaliate against plaintiff Davis based on her exercise of her First Amendment rights?

_____  _____
Yes            No

If your answer to this question is "Yes," then please answer the next question. If your answer to Question I-B(2) is "No," go directly to Question II-A(1).

3. Did plaintiff Davis prove, by a preponderance of the evidence, that defendant Ayala committed an act in furtherance of this conspiracy, or caused an act to be committed in furtherance of this conspiracy?

_____  _____
Yes            No

If your answer to this question is "Yes," then please answer the next question. If your answer to this question is "No," go directly to Question II-A(1).

4. Did plaintiff Davis prove, by a preponderance of the evidence, that defendant Ayala's acts as part of the conspiracy with PHS retaliated against plaintiff based on her exercise of her First Amendment rights?

_____  _____
Yes            No

Please answer the next question.

**Part II.** **Claims against Defendant Darryl Griffith**

    **A.** **Section 1983 Claim - Retaliation for Exercise of First Amendment Rights**

        1. Did plaintiff Freddie Davis prove, by a preponderance of the evidence, that defendant Darryl Griffith retaliated against plaintiff Davis for exercising her First Amendment rights?

    _____ _____
    Yes           No

If your answer to this question is "Yes," then please answer the next question. If your answer to this question is "No," go directly to Question II-B(1).

        2. Did defendant Griffith prove, by a preponderance of the evidence, that he would have taken the same actions against plaintiff Davis even in the absence of the protected conduct?

    _____ _____
    Yes           No

If your answer to this question is "Yes," go directly to Question II-B(1). If your answer to this question is "No," then please answer the next question.

        3. Did plaintiff Davis prove, by a preponderance of the evidence, that she was harmed as a result of defendant Griffith's actions?

    _____ _____
    Yes           No

Please answer ths next question.

    **B.** **Conspiracy Claim - Conspiracy with PHS Management to Retaliate against Plaintiff**

        1. Did plaintiff Davis prove, by a preponderance of the evidence, that a conspiracy existed between defendant Griffith and one or more PHS employees?

    _____ _____
    Yes           No

If your answer to this question is "Yes," then please answer the next question. If your answer to this question is "No," go directly to Part III.

4

      2. Did plaintiff Davis prove, by a preponderance of the evidence, that the purpose of the conspiracy between defendant Griffith and PHS was to retaliate against plaintiff Davis based on her exercise of her First Amendment rights?

_____  _____
Yes             No

If your answer to this question is "Yes," then please answer the next question. If your answer to this question is "No," go directly to Part III.

      3. Did plaintiff Davis prove, by a preponderance of the evidence, that defendant Griffith committed an act in furtherance of this conspiracy, or caused an act to be committed in furtherance of this conspiracy?

_____  _____
Yes             No

If your answer to this question is "Yes," then please answer the next question. If your answer to this question is "No," go directly to Part III.

      4. Did plaintiff Davis prove, by a preponderance of the evidence, that defendant Griffith's acts as part of the conspiracy with PHS retaliated against plaintiff based on her exercise of her First Amendment rights?

_____  _____
Yes             No

Please go to Part III.

**Part III.**     **Damages**

If you answered "Yes" to Question I-A(3), I-B(4), II-A(3) or II-B(4), then answer the following questions; if not, then go to the end of this verdict form, and sign and date it where indicated.

    A.    Did plaintiff Davis prove, by a preponderance of the evidence, that she suffered harm or injury caused by the retaliatory acts or conduct of either defendant?

_____      _____
Yes                   No

If your answer to this question is "Yes," then please answer the next question. If your answer to this question is "No," then go to the end of this verdict form, and sign and date it where indicated

    B.    What is the amount of damages that plaintiff Davis proved, in accordance with the instructions you have been given and the evidence in the case and after taking into account any failure to mitigate damages proved by defendants?

    1.    Past lost earnings:    $_____

    2.    Past medical expenses:    $_____

    3.    Present value of future lost earnings:    $_____

    4.    Present value of future medical expenses:    $_____

    5.    Physical pain, mental suffering and loss of enjoyment of living:    $_____

Total (1 + 2 + 3 + 4 + 5):    $_____

Please go to Part IV.

**Part IV.**     **Malicious, Oppressive or Reckless Conduct:**

Please answer the next two questions.

    A.  Re: Defendant Ayala:  Did plaintiff Davis prove, by a preponderance of the evidence, that the conduct of defendant Ayala both harmed plaintiff and was malicious, oppressive or in reckless disregard of plaintiffs rights, as those terms have been defined for you in these instructions?

    _____     _____
    Yes                    No

    B.  Re: Defendant Griffith:  Did plaintiff Davis prove, by a preponderance of the evidence, that the conduct of defendant Griffith both harmed plaintiff and was malicious, oppressive or in reckless disregard of plaintiffs rights, as those terms have been defined for you in these instructions?

    _____     _____
    Yes                    No

Dated:

                                           _____
                                           FOREPERSON