IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREDDIE M. DAVIS,                                             No. C 09-2629 SI

        Plaintiff,

  v.

JAMES E. AYALA and DARRYL GRIFFITH,

        Defendants.
                                            /

**SPECIAL VERDICT**

We the jury unanimously find as follows on the questions submitted to us:

**Part I.       Claims against Defendant James E. Ayala**

    **A.       Section 1983 Claim - Retaliation for Exercise of First Amendment Rights**

        1.       Did plaintiff Freddie Davis prove, by a preponderance of the evidence, that defendant James Ayala retaliated against plaintiff Davis for exercising her First Amendment rights?

        _____   _____
        Yes               No

If your answer to this question is "Yes," then please answer the next question. If your answer to this question is "No," go directly to Question I-B(1).

        2.       Did defendant Ayala prove, by a preponderance of the evidence, that he would have taken the same actions against plaintiff Davis even in the absence of the protected conduct?

        _____   _____
        Yes               No

If your answer to this question is "Yes," go directly to Question I-B(1). If your answer to this question is "No," then please answer the next question.

        3.       Did plaintiff Davis prove, by a preponderance of the evidence, that she was harmed as a result of defendant Ayala's actions?

        _____   _____
        Yes               No

Please answer the next question.

    **B.       Conspiracy Claim - Conspiracy with PHS Management to Retaliate against Plaintiff**

        1.       Did plaintiff Davis prove, by a preponderance of the evidence, that a conspiracy existed between defendant Ayala and one or more PHS employees?

        _____   _____
        Yes               No

If your answer to this question is "Yes," then please answer the next question. If your answer to this question is "No," go directly to Question II-A(1).

        2.      Did plaintiff Davis prove, by a preponderance of the evidence, that the purpose of the conspiracy between defendant Ayala and PHS was to retaliate against plaintiff Davis based on her exercise of her First Amendment rights?

      _____      _____
      Yes                No

If your answer to this question is "Yes," then please answer the next question. If your answer to Question I-B(2) is "No," go directly to Question II-A(1).

        3.      Did plaintiff Davis prove, by a preponderance of the evidence, that defendant Ayala committed an act in furtherance of this conspiracy, or caused an act to be committed in furtherance of this conspiracy?

      _____      _____
      Yes                No

If your answer to this question is "Yes," then please answer the next question. If your answer to this question is "No," go directly to Question II-A(1).

        4.      Did plaintiff Davis prove, by a preponderance of the evidence, that defendant Ayala's acts as part of the conspiracy with PHS retaliated against plaintiff based on her exercise of her First Amendment rights?

      _____      _____
      Yes                No

Please answer the next question.

**Part II.     Claims against Defendant Darryl Griffith**

    **A.     Section 1983 Claim - Retaliation for Exercise of First Amendment Rights**

        1.     Did plaintiff Freddie Davis prove, by a preponderance of the evidence, that defendant Darryl Griffith retaliated against plaintiff Davis for exercising her First Amendment rights?

    _____    _____
    Yes              No

If your answer to this question is "Yes," then please answer the next question. If your answer to this question is "No," go directly to Question II-B(1).

        2.     Did defendant Griffith prove, by a preponderance of the evidence, that he would have taken the same actions against plaintiff Davis even in the absence of the protected conduct?

    _____    _____
    Yes              No

If your answer to this question is "Yes," go directly to Question II-B(1). If your answer to this question is "No," then please answer the next question.

        3.     Did plaintiff Davis prove, by a preponderance of the evidence, that she was harmed as a result of defendant Griffith's actions?

    _____    _____
    Yes              No

Please answer ths next question.


    **B.     Conspiracy Claim - Conspiracy with PHS Management to Retaliate against Plaintiff**

        1.     Did plaintiff Davis prove, by a preponderance of the evidence, that a conspiracy existed between defendant Griffith and one or more PHS employees?

    _____    _____
    Yes              No

If your answer to this question is "Yes," then please answer the next question. If your answer to this question is "No," go directly to Part III.

4

      2.      Did plaintiff Davis prove, by a preponderance of the evidence, that the purpose of the conspiracy between defendant Griffith and PHS was to retaliate against plaintiff Davis based on her exercise of her First Amendment rights?

      _____    _____
      Yes             No

If your answer to this question is "Yes," then please answer the next question. If your answer to this question is "No," go directly to Part III.

      3.      Did plaintiff Davis prove, by a preponderance of the evidence, that defendant Griffith committed an act in furtherance of this conspiracy, or caused an act to be committed in furtherance of this conspiracy?

      _____    _____
      Yes             No

If your answer to this question is "Yes," then please answer the next question. If your answer to this question is "No," go directly to Part III.

      4.      Did plaintiff Davis prove, by a preponderance of the evidence, that defendant Griffith's acts as part of the conspiracy with PHS retaliated against plaintiff based on her exercise of her First Amendment rights?

      _____    _____
      Yes             No

Please go to Part III.

**Part III.**     **Damages**

If you answered "Yes" to Question I-A(3), I-B(4), II-A(3) or II-B(4), then answer the following questions; if not, then go to the end of this verdict form, and sign and date it where indicated.

A.     Did plaintiff Davis prove, by a preponderance of the evidence, that she suffered harm or injury caused by the retaliatory acts or conduct of either defendant?

_____     _____
Yes            No

If your answer to this question is "Yes," then please answer the next question. If your answer to this question is "No," then go to the end of this verdict form, and sign and date it where indicated

B.     What is the amount of damages that plaintiff Davis proved, in accordance with the instructions you have been given and the evidence in the case and after taking into account any failure to mitigate damages proved by defendants?

| | | |
|---|---|---|
| 1. | Past lost earnings: | $_____ |
| 2. | Past medical expenses: | $_____ |
| 3. | Present value of future lost earnings: | $_____ |
| 4. | Present value of future medical expenses: | $_____ |
| 5. | Physical pain, mental suffering and loss of enjoyment of living: | $_____ |
| | Total (1 + 2 + 3 + 4 + 5): | $_____ |

Please go to Part IV.

6

**Part IV.**     **Malicious, Oppressive or Reckless Conduct:**

Please answer the next two questions.

    A. <u>Re: Defendant Ayala</u>:  Did plaintiff Davis prove, by a preponderance of the evidence, that the conduct of defendant Ayala both harmed plaintiff and was malicious, oppressive or in reckless disregard of plaintiffs rights, as those terms have been defined for you in these instructions?

    _____      _____
    Yes                        No

    B. <u>Re: Defendant Griffith</u>:  Did plaintiff Davis prove, by a preponderance of the evidence, that the conduct of defendant Griffith both harmed plaintiff and was malicious, oppressive or in reckless disregard of plaintiffs rights, as those terms have been defined for you in these instructions?

    _____      _____
    Yes                        No

Dated:

                                                     _____
                                                     FOREPERSON