**United States District Court**
For the Northern District of California

1

2               IN THE UNITED STATES DISTRICT COURT

3               FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    FREDDIE M. DAVIS,                          No. C 09-2629 SI

6               Plaintiff,

7      v.

8    JAMES E. AYALA and DARRYL GRIFFITH,

9               Defendants.
                                                      /
10

11

12

13

14

15                          **SPECIAL VERDICT**

16

17        We the jury unanimously find as follows on the questions submitted to us:

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**Part A.**    **Claims against Defendant James E. Ayala:**
**Section 1983 Claim - Retaliation for Exercise of First Amendment Rights**

1.    Did plaintiff Freddie Davis prove, by a preponderance of the evidence, that defendant James Ayala retaliated against plaintiff Davis for exercising her First Amendment rights?

_____          _____
Yes                          No

If your answer to this question is "Yes," then please answer the next question.  If your answer to this question is "No," go directly to Part B.

2.    Did defendant Ayala prove, by a preponderance of the evidence, that he would have taken the same actions against plaintiff Davis even in the absence of the protected conduct?

_____          _____
Yes                          No

If your answer to this question is "Yes," go directly to Part B.  If your answer to this question is "No," then please answer the next question.

3.    Did plaintiff Davis prove, by a preponderance of the evidence, that she was harmed as a result of defendant Ayala's actions?

_____          _____
Yes                          No

Please go to Part B.

2

**United States District Court**
For the Northern District of California

1   **Part B.        Claims against Defendant Darryl Griffith:**
                 **Section 1983 Claim - Retaliation for Exercise of First Amendment Rights**
2

3            1.       Did plaintiff Freddie Davis prove, by a preponderance of the evidence, that
     defendant Darryl Griffith retaliated against plaintiff Davis for exercising her First Amendment rights?
4

5            _____        _____
                  Yes                 No

6    If your answer to this question is "Yes," then please answer the next question.  If your answer to this
     question is "No," go directly to Part C.
7

8            2.       Did defendant Griffith prove, by a preponderance of the evidence, that he would
     have taken the same actions against plaintiff Davis even in the absence of the protected conduct?
9

10           _____        _____
                  Yes                 No

11   If your answer to this question is "Yes," go directly to Part C.  If your answer to this question is "No,"
     then please answer the next question.
12

13

14           3.       Did plaintiff Davis prove, by a preponderance of the evidence, that she was
     harmed as a result of defendant Griffith's actions?
15
             _____        _____
                  Yes                 No
16

17   Please go to Part C.

18

19

20

21

22

23

24

25

26

27

28
                                                    3

**United States District Court**
For the Northern District of California

1  **Part C.**        **Damages**

2

3        If you answered "Yes" to Question A(3) or Question B(3), then answer the following questions; if not, then go to the end of this verdict form, and sign and date it where indicated.

4        1.        Did plaintiff Davis prove, by a preponderance of the evidence, that she suffered harm or injury caused by the retaliatory acts or conduct of either defendant?

5

6        _____        _____
           Yes                    No

7  If your answer to this question is "Yes," then please answer the next question.  If your answer to this question is "No," then go to the end of this verdict form, and sign and date it where indicated

8

9

10        2.        What is the amount of damages that plaintiff Davis proved, in accordance with the instructions you have been given and the evidence in the case and after taking into account any failure to mitigate damages proved by defendants?

11

12        1.        Past lost earnings:                    $_____

          2.        Past medical expenses:            $_____

13

14        3.        Present value of
                     future lost earnings:                $_____

15

16        4.        Present value of
                     future medical expenses:        $_____

17        5.        Physical pain, mental
                     suffering and loss of
                     enjoyment of living:                $_____

18

19

20        Total (1 + 2 + 3 + 4 + 5):                 $_____

21  Please go to Part D.

22

23

24

25

26

27

28

4

**Part D.**         **Malicious, Oppressive or Reckless Conduct:**

If your answer to Question A(3) was "Yes," please answer this question; if not, go to the next question:

   1.  <u>Re:  Defendant Ayala</u>:  Did plaintiff Davis prove, by a preponderance of the evidence, that the conduct of defendant Ayala both harmed plaintiff and was malicious, oppressive or in reckless disregard of plaintiffs rights, as those terms have been defined for you in these instructions?

         _____              _____
         Yes                        No

If your answer to Question B(3) was "Yes," please answer this question:

   2.  <u>Re:  Defendant Griffith</u>:  Did plaintiff Davis prove, by a preponderance of the evidence, that the conduct of defendant Griffith both harmed plaintiff and was malicious, oppressive or in reckless disregard of plaintiffs rights, as those terms have been defined for you in these instructions?

         _____              _____
         Yes                        No

Dated:

                                        _____
                                        FOREPERSON

United States District Court
For the Northern District of California

5