IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREDDIE M. DAVIS,
    Plaintiff,

v.

JAMES E. AYALA and DARRYL GRIFFITH,
    Defendants.
    _____/

No. C 09-2629 SI

**JUDGMENT**

This action came on for trial before the jury, the Honorable Susan Illston, United States District Judge, presiding.

The issues having been tried before the jury and special verdict rendered on December 15, 2011, judgment is entered in favor of plaintiff Freddie M. Davis and against defendant James E. Ayala in the amount of $528,957, subject to any offsets ordered by the Court based on the PHS settlement. Judgment is entered in favor of defendant Darryl Griffith.

**IT IS SO ORDERED.**

Dated: December 16, 2011

SUSAN ILLSTON
United States District Judge