1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
2  A Professional Law Corporation
   901 Clay Street
3  Oakland, CA 94607
   Telephone: (510) 452-0292
4  Facsimile:  (510) 452-5625
   E-mail: pamela.price@pypesq.com
5
   FANIA E. DAVIS, ESQ. (STATE BAR NO. 87268)
6  4100 Redwood Road, Suite 371
   Oakland, CA 94109
7  Telephone: (510) 451-0142
   Facsimile:  (510) 452-5056
8  E-mail:  faniad@earthlink.net

9  DARRYL PARKER, ESQ. (STATE BAR NO. 95914)
   PREMIER LAW GROUP
10 3131 Elliott Avenue, Suite 710
   Seattle, WA 98121
11 Telephone: (206) 285-1743
   Facsimile:  (206) 599-6316
12 E-mail:  dparker@plg-pllc.com

13 Attorneys for Plaintiff
   FREDDIE M. DAVIS
14

15                 UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  FREDDIE M. DAVIS, | NO. C09-02629 SI |
| 19           Plaintiff, | **STIPULATION TO EXTEND TIME FOR PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND NON-STATUTORY COSTS** |
| 20  v. | |
| 21  PRISON HEALTH SERVICES, INC.; SHERIFF'S DEPARTMENT, COUNTY OF ALAMEDA; LEONORE GILBERT, In Her Individual And Official Capacities; LINDA HENSON, In Her Individual And Official Capacities; BILL WILSON, In His Individual And Official Capacities; JAMES E. AYALA, In His Individual And Official Capacities; DARRYL GRIFFITH, In His Individual And Official Capacities And DOES 1 through 10, inclusive, | **[Civil Local Rule 6-2]** HON. SUSAN ILLSTON |
| 27           Defendants. | |

1  **WHEREAS**, pursuant to Civil Local Rule 6-2, Plaintiff FREDDIE M. DAVIS and
2  Defendants JAMES E. AYALA and DARRYL GRIFFITH (collectively referred to hereinafter as
3  "the Parties") agree to extend the time for Plaintiff FREDDIE M. DAVIS to file her motion for
4  attorneys' fees and non-statutory costs pursuant to 42 U.S.C. Section 1988 up to and including
5  January 24, 2012;

6  **WHEREAS**, the Parties agree that good cause exists for this Stipulation because of the
7  sheer volume of this litigation which has spanned a four-year period.  Over this litigation, extensive
8  written and deposition discovery was conducted.  There was a voluminous dispositive motion for
9  summary judgement, a litany of pretrial motions, and an eighteen (18) day trial.  The Parties agree
10 that it would be impossible for Ms. Davis to prepare and file a motion that encompasses a full and
11 accurate appraisal of the attorneys fees and non-statutory costs that she is entitled to claim as a
12 prevailing party to this matter  within the fourteen (14) day time frame provided by FRCP 54(d);

13 **WHEREAS**, in the interests of justice, and for good cause, the Parties agree to extend the
14 time for Ms. Davis to file her motion in light of the sixty (60) day extension the Court has recently
15 granted Defendant Griffith to file his motion for attorneys' fees (Docket # 203); and

16 **WHEREAS**, the Parties agree that the aforementioned extension will not affect any
17 scheduling for this case, **IT IS HEREBY STIPULATED AND AGREED** by the Parties, through
18 their respective attorneys of record, that Plaintiff FREDDIE M. DAVIS shall have an extension to
19 and including January 24, 2012 to file her motion for attorneys' fees and non-statutory costs.  It is
20 hereby understood that Defendants reserve any and all rights to oppose any and all aspects of said
21 motion(s).

22 Dated: December 29, 2011                PRICE AND ASSOCIATES

23                                         _____/s/ *Pamela Y. Price*_____
24                                         PAMELA Y. PRICE, Attorneys for Plaintiff
                                           FREDDIE M. DAVIS
25 Dated: December 29, 2011                ANDRADA & ASSOCIATES
26
27                                         _____/s/ *Lynne G. Stocker*_____
                                           LYNNE G. STOCKER, Attorneys for Defendants
28                                         COUNTY OF ALAMEDA, JAMES E. AYALA,
                                           And DARRYL GRIFFITH

**ORDER**

The Court having read and considered the foregoing Stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the time for filing Plaintiff's Motion for attorneys' fees and non-statutory costs pursuant to 42 U.S.C. Section 1988 shall be and hereby is enlarged to January 24, 2012.

**IT IS SO ORDERED.**

Dated: 1/5/12

HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT