IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE M. DAVIS, | No. C 09-2629 SI |
| Plaintiff, | **ORDER GRANTING UNOPPOSED MOTION TO CORRECT JUDGMENT** |
| v. | |
| PRISON HEALTH SERVICES, *et al.*, | |
| Defendants. | |

Defendants' motion to correct judgment is scheduled for a hearing on January 27, 2012. Plaintiff has filed a statement of non-opposition to the motion. Accordingly, the motion is GRANTED and the hearing on the motion is VACATED. Docket No. 198.

**IT IS SO ORDERED.**

Dated: January 8, 2012

SUSAN ILLSTON
United States District Judge