IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE M. DAVIS, | No. C 09-2629 SI |
| Plaintiff, | **AMENDED JUDGMENT** |
| v. | |
| PRISON HEALTH SERVICES, *et al.*, | |
| Defendants. | |

This action came on for trial before the jury, the Honorable Susan Illston, United States District Judge, presiding.

The issues having been tried before the jury and special verdict rendered on December 15, 2011, judgment is entered in favor of plaintiff Freddie M. Davis and against defendant James E. Ayala in the amount of $528,957, subject to any offsets ordered by the Court based on the PHS settlement. Judgment is entered in favor of defendant Darryl Griffith.

Defendant County of Alameda's motion for summary judgment was granted on August 3, 2011. Judgment is entered in favor of defendant County of Alameda and against plaintiff Freddie M. Davis.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 8, 2012

SUSAN ILLSTON
United States District Judge